UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-375 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| KIRK ALEXANDER HAGOPIAN, | |
| Defendant(s). | |

Presently before the court is the matter of *USA v. Hagopian*, case number 2:16-cr-00302-JCM-NJK-1.

On October 29, 2018, defendant Kirk Hagopian ("defendant") filed a motion for early termination of supervised release. (ECF No. 55). The government's response was due on November 11, 2018. However, the government has failed to file a response. The court therefore orders the government to show cause as to why defendant's motion should not be granted within seven (7) days from the date of this order.

Accordingly,

IT IS HEREBY ORDERED that the government shall show cause no later than seven (7) days from the date of this order why defendant's motion for early termination of supervised release (ECF No. 55) should not be granted. Petitioner may file a reply within seven (7) days thereafter.

DATED January 9, 2019.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**